Decided February 24, 1993

STATE OF CONNECTICUT *v.* JON ONG

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 45 (AC 10808), is denied.

*Roger J. Frechette,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided February 24, 1993

C. MICHAEL BUDLONG *v.* JAMES H. NADEAU

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 61 (AC 10612), is denied.

*James H. Nadeau,* pro se, in support of the petition.

*Kathleen A. Murrett,* in opposition.

Decided February 24, 1993